IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00370-MSK-MJW

TRANS-HIGH CORPORATION, d.b.a. HIGH TIMES MAGAZINE,
WE ARE PUEBLO LLC, d.b.a. PULP,
COLORADO PRESS ASSOCIATION, INC.,
3-D DENVER'S DISCREET DISPENSARY, LLC, d.b.a. 3D CANNABIS CENTER, and
KARMACEUTICALS, LLC,

Plaintiff(s),

v.

BARBARA J. BROHL, in her official capacity as Executive Director of the
Colorado Department of Revenue,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Stay Discovery (Docket No. 34) is DENIED.

Date: May 29, 2014