IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00370-MSK-MJW

TRANS-HIGH CORPORATION, d.b.a. HIGH TIMES MAGAZINE,
WE ARE PUEBLO LLC, d.b.a. PULP, and
COLORADO PRESS ASSOCIATION, INC.,

Plaintiff(s),

v.

BARBARA J. BROHL, in her official capacity as Executive Director of the
Colorado Department of Revenue,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiffs' Unopposed Motion for Leave to File Fourth Amended Complaint that Reflect Voluntary Dismissal of Plaintiff 3-D Denver's Discreet Dispensary, LLC, d/b/a/ 3D Cannabis Center From This Case (Docket No. 69) is granted.  Plaintiffs shall forthwith file their Fourth Amended Complaint.

Date: August 22, 2014