IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00370-MSK-MJW

TRANS-HIGH CORPORATION, d.b.a. HIGH TIMES MAGAZINE,
WE ARE PUEBLO LLC, d.b.a. PULP, and
COLORADO PRESS ASSOCIATION, INC.,

Plaintiff(s),

v.

BARBARA J. BROHL, in her official capacity as Executive Director of the
Colorado Department of Revenue,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs' Unopposed Motion and Protective Order Concerning Confidential Information (docket no. 68) is DENIED WITHOUT PREJUDICE for the following reason.  Plaintiffs included in this motion (docket no. 68) the actual proposed Protective Order.  The actual proposed Protective Order that Plaintiffs are seeking should have been attached to the their motion (docket no. 68) and not co-mingled within their motion (docket. no. 68).  Plaintiffs are granted leave to re-file their Motion for Protective Order but must attach the actual proposed Protective Order as an exhibit to the subject motion (docket no. 68).

Date: August 25, 2014