IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00370-MSK-MJW

TRANS-HIGH CORPORATION, d.b.a. HIGH TIMES MAGAZINE,
WE ARE PUEBLO LLC, d.b.a. PULP, and
COLORADO PRESS ASSOCIATION, INC.,

Plaintiff(s),

v.

BARBARA J. BROHL, in her official capacity as Executive Director of the
Colorado Department of Revenue,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of Defendant's Notice Regarding Motion to Dismiss (Docket No. 82), it is hereby ORDERED that Defendant's Motion to Dismiss Second Amended Complaint (Docket No. 50) is deemed withdrawn.

Date: August 28, 2014