IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00370-MSK-MJW

WE ARE PUEBLO LLC, d.b.a. PULP, and
COLORADO PRESS ASSOCIATION, INC.,

Plaintiff(s),

v.

BARBARA J. BROHL, in her official capacity as Executive Director of the
Colorado Department of Revenue,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Unopposed motion for Leave to File Fifth Amended Complaint that Reflect Voluntary Dismissal of Plaintiff Trans-High Corporation, D.B.A. high Times Magazine From This Case (Docket No. 86) is granted. Plaintiffs shall forthwith file their Fifth Amended Complaint.

Date: September 9, 2014