IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-00370-MSK-MJW

COLORADO PRESS ASSOCIATION, INC., and
WE ARE PUEBLO, LLC d/b/a Pulp,

    Plaintiffs,

v.

BARBARA J. BROHL, in her official capacity as the Executive Director of the Colorado Department of Revenue,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #102**) filed on March 12, 2015, granting the Motion to Dismiss (**Doc. #90**), it is

ORDERED that:

All claims are DISMISSED without prejudice.

ORDERED that costs are awarded to the defendant and against the plaintiffs upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case is closed.

Dated this 13th day March, 2015.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk